NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAKHMATULLA ASATOV,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2013-3181

---

Petition for review of the Merit Systems Protection Board in No. PH3330130224-I-1.

---

**ON MOTION**

---

**O R D E R**

Rakhmatulla Asatov moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                    ASATOV v. ARMY


                                        FOR THE COURT

                                        /s/ Daniel E. O'Toole
                                            Daniel E. O'Toole
                                            Clerk
s24